**Marquis Aurbach Coffing**
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHERI SERLIN, an individual, <br><br>                    Plaintiff, <br><br>   vs. <br><br> THE ALEXANDER DAWSON SCHOOL, a Nevada Limited Liability Company; ALEXANDER DAWSON, INC., a Nevada Corporation; ALEXANDER DAWSON FOUNDATION, an entity form unknown; DOES I thru X, inclusive; ROE CORPORATIONS I thru X, inclusive, <br><br>                    Defendants. | Case No.:    2:12-cv-01431-JCM-NJK |

## JUDGMENT IN A CIVIL CASE

This action came before the Court on Defendants' Motion for Summary Judgment (Doc. #41). The Court considered the issues presented and, on April 17, 2014, issued its Order Granting Defendants' Motion for Summary Judgment. (Doc. #54). The Court hereby issues judgment, as to all claims, against Plaintiff Cheri Serlin and in favor of Defendants The Alexander Dawson School, LLC, Alexander Dawson, Inc., Alexander Dawson School at Rainbow Mountain, LLC and the Alexander Dawson Foundation.

JUDGMENT IS SO ENTERED April 18, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE